**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MARY & LARRY PATTERSON, ET AL**                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 08-5014**

**DEAN MORRIS, L.L.P., ET AL**                            **SECTION "K"**

## ORDER

The Court, having read and considered defendant FDIC-Receiver's "Motion to Stay Case

for 90 Days Pursuant to 12 U.S.C. §1821 (D)(12), **GRANTS** the motion in part.  Accordingly.

**IT IS ORDERED** that this action is stayed through and including March 9, 2009.

New Orleans, Louisiana, this 30th day of December, 2009.

_____

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT

JUDGE