UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT BAUER, ET AL** | **CIVIL ACTION** |
| VERSUS | NO. 08-5013 |
| **DEAN MORRIS, L.L.P., ET AL** | SECTION "K" |
| | |
| **MARY & LARRY PATTERSON, ET AL** | **CIVIL ACTION** |
| VERSUS | NO. 08-5014 |
| **DEAN MORRIS, L.L.P., ET AL** | SECTION "K" |

## ORDER

Considering the dismissal of the Federal Deposit Insurance Corporations as receiver for Washington Mutual Bank ("FDIC-Receiver") in each of the captioned cases, the Court denies as moot, in each of the captioned cases, the following motions:

1) "Motion to Stay Proceedings Pending Exhaustion of Mandatory Administrative Claims Process" filed on behalf of the FDIC-Receiver[1];

2) "Motion to Sever and Stay" filed on behalf of plaintiffs[2];

---

[1] *Bauer v. Dean Morris, L.L.P.*, No. 08-5013 (Doc. 27); *Patterson v. Dean Morris, L.L.P.*, No. 08-5014 (Doc. 41).

[2] *Bauer v. Dean Morris, L.L.P.,* No. 08-5013 (Doc. 28); *Patterson v. Dean Morris, L.L.P.*, No. 08-5014 (Doc. 43).

3) "Motion to Sever and Stay" filed on behalf of plaintiffs[3];

New Orleans, Louisiana, this 12th day of August, 2009.

                                  STANWOOD R. DUVAL, JR.
                                  UNITED STATES DISTRICT JUDGE

---

[3] *Bauer v. Dean Morris, L.L.P.,* No. 08-5013 (Doc. 31); *Patterson v. Dean Morris, L.L.P.*, No. 08-5014 (Doc. 46).